UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES D. BUTLER, III, | : |
| | : |
| Plaintiff, | : |
| | : No. 3:11-cv-01805 JCH |
| v. | : |
| | : |
| UNITED RECOVERY SYSTEMS, LP, | : STIPULATION OF DISMISSAL |
| | : WITH PREJUDICE |
| Defendant. | : |

The Plaintiff and Defendant, by and through the undersigned, hereby stipulate that the above entitled action shall be dismissed with prejudice to Plaintiff on his complaint and without costs and/or attorney's fees to any party.

| THE PLAINTIFF, | THE DEFENDANT, |
|---|---|
| JAMES D. BUTLER, III | UNITED RECOVERY SYSTEMS, LP |

By_____/s/_____    By:_____/s/_____
   Angela K. Troccoli            Jonathan D. Elliot
   Kimmel & Silverman, PC        Zeldes, Needle & Cooper, P.C.
   136 Main St., Suite 301       1000 Lafayette Boulevard
   Danielson, CT 06239           Bridgeport, CT  06604
   Tel: 860-866-4380 (direct)    Tel:    203-333-9441
   Fax: 860-263-0919             Fax:    203-333-1489
   Email: atroccoli@creditlaw.com   E-Mail: jelliot@znclaw.com

His Attorney                    Its Attorneys


So Ordered:  _____    Dated: